**Affirmed and Memorandum Opinion filed July 26, 2012.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-11-01029-CR

---

**MAXIMO GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1288955**

## MEMORANDUM OPINION

A jury convicted appellant of possession of a controlled substance greater than 400 grams, namely cocaine, and sentenced him to confinement for thirty-five years in the

Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by advancing contentions which might arguably support the appeal. *See Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); and *Currie v. State,* 516 S.W.2d 684 Tex. Crim. App. 1974).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. (Tex. Crim. App.1991). As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).